**Order entered September 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00349-CR

### ADRIAN MALDONADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-24476-V**

### ORDER

Before the Court is court reporter Kelly Simmons's August 30, 2022 request for a second extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the court reporter to file the record by September 29, 2022.

/s/    LANA MYERS
         JUSTICE